Harold HARTMAN, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34680.

Missouri Court of Appeals, Western District.

April 10, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD, and NUGENT, JJ.

ORDER

PER CURIAM:

This is a direct appeal from the denial of post-conviction relief pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Jesse KLUMPP, Appellant.

No. 47493.

Missouri Court of Appeals, Eastern District, Division Three.

April 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 11, 1984.

Robert C. Babione, Asst. Public Defender, St. Louis, for appellant.

George R. Westfall, Prosecuting Atty., Clayton, for respondent.

ORDER

PER CURIAM.

Defendant appeals after his conviction by a jury of common assault, a class A misdemeanor. Defendant was sentenced to six months imprisonment and fined $100.00. No jurisprudential purpose would be served by an extended opinion. The judgment is affirmed pursuant to Rule 30.25(b).